FILED
November 2, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG 05-0316 DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
VIENGKEO PATHAMMAVONG, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release VIENGKEO PATHAMMAVONG, Case No. MAG 05-0316 DAD, Charge 18 USC § 1029 (a)(2), 1709, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

___ Unsecured Appearance Bond $_____

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

__X__ (Other) _with Pretrial Services Supervision on Conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 2, 2005 at 2:25 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal